UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RIGBY ENTERPRISES, LLC,

    Plaintiff,

v().                                Case No.: 2:19-cv-00228-JLB-NPM

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

In response to this Court's sixty-day order of dismissal, (Doc. 58), the parties have filed a joint stipulation of dismissal, (Doc. 59), under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is self-executing. *Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on October 19, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE